# EXHIBIT A

# Lang Sias

## Apathetic to the Unborn.

| Lang Sias | Pro-Life Issue |
|---|---|
| Refused to Respond | Taxpayer funding of abortion |
| Refused to Respond | Life at Conception Act |
| Refused to Respond | Legislation stopping death on demand abortions |
| Refused to Respond | Distribution of "home abortion kits" |
| Refused to Respond | The heinous practice of partial birth abortion |
| Refused to Respond | Counselling for mothers considering abortion |
| Refused to Respond | Opting out of Obamacare requirements that force insurance companies to pay for abortions |

Lang Sias refused to answer the Colorado Campaign for Life Survey regarding his Pro-life/Pro-abortion positions.

The abortion lobby and their allies in Denver want no restrictions on abortion. What does Lang Sias want?

Kermit Gosnell and his "house of horrors" abortion mill operated in secrecy for 17 years before his murderous crimes became infamous. Pro-Lifer's must act and be heard. Ask Lang Sias why he won't publically stand to defend the unborn? Call Lang at 720-480-3356.

"Silence gives consent"

PRST STD
US POSTAGE
PAID
LOVELAND, CO
ADV. DIRECT
MARKETING INC.

2 ************AUTO**SCH 5-DIGIT 80003



# Laura Woods
## Committed to the Unborn.

In
Senate District
19

| Laura Woods | Pro-Life Issue |
|---|---|
| Opposes | Taxpayer funding of abortion |
| Supports | Life at Conception Act |
| Supports | Legislation stopping death on demand abortions |
| Opposes | Distribution of "home abortion kits" |
| Opposes | The heinous practice of partial birth abortion |
| Supports | Counseling for mothers considering abortion |
| Supports | Opting out of Obamacare requirements that force insurance companies to pay for abortions |

colorado
Campaign for Life

ColoradoCampaignforLife.org

Laura Woods is publically committed to defending the rights of the unborn by answering the Colorado Campaign for Life Survey
VOTE YOUR VALUES

Laura Woods is publically committed to defending the rights of the unborn.
100% Pro-Life.

# EXHIBIT B

# Mario Nicolais

## Apathetic to the Unborn.

| Mario | Pro-Life Issue |
|---|---|
| Refused to Respond | Taxpayer funding of abortion |
| Refused to Respond | Life at Conception Act |
| Refused to Respond | Legislation stopping death on demand abortions |
| Refused to Respond | Distribution of "home abortion kits" |
| Refused to Respond | The heinous practice of partial birth abortion |
| Refused to Respond | Counseling for mothers considering abortion |
| Refused to Respond | Opting out of Obamacare requirements that force insurance companies to pay for abortions |

Mario Nicolais refused to answer the Colorado Campaign for Life Survey regarding his Pro-life/Pro-abortion positions.

The abortion lobby and their allies in Denver want no restrictions on abortion. What does Mario want?

### "Silence gives consent"

Kermit Gosnell and his "house of horrors" abortion mill operated in secrecy for 17 years before his murderous crimes became infamous. Pro-Lifer's must act and be heard. Ask Mario why he won't publically stand to defend the unborn? Call Mario Nicolais at 720-441-2214.



COLORADO CAMPAIGN FOR LIFE
2519 11TH AVE UNIT A
GREELEY, CO 80631

PRSRT STD
U.S. POSTAGE
PAID
DENVER, CO
PERMIT NO.5114

T1 P3 - 792



In
**Senate District 22**

# Tony Sanchez
## Committed to the Unborn.

| Tony Sanchez | Pro-Life Issue |
|---|---|
| Opposes | Taxpayer funding of abortion |
| Supports | Life at Conception Act |
| Supports | Legislation stopping death on demand abortions |
| Opposes | Distribution of "home abortion kits" |
| Opposes | The heinous practice of partial birth abortion |
| Supports | Counseling for mothers considering abortion |
| Supports | Opting out of Obamacare requirements that force insurance companies to pay for abortions |

colorado.
**Campaign for Life**

Tony Sanchez is publically committed to defending the rights of the unborn by answering the Colorado Campaign for Life Survey

**VOTE YOUR VALUES**

Tony Sanchez is
100% Pro-Life.

Not produced at Taxpayer's expense. Colorado Campaign for Life is a non-profit IRS 501, C4. See ColoradoCampaignforLife.org for *For information only

# EXHIBIT C



# Rocky Mountain Gun Owners
## Colorado's Largest Gun Rights Organization

5/21/2014

Dear Friend:

Is Mario Nicolais anti-gun?

I hope not, but the early indications are that <u>Nicolais would be an anti-gun State Representative if elected</u>.

More on that in a minute.

Now, sometimes folks assume that just because a politician is a Republican, he is a solid supporter of the Second Amendment.

I hope you don't make that mistake.

You see, 2014 represents a tipping point in our state's history, and regular folks like you will determine which path Colorado takes.

That's why it's <u>vital</u> that gun owners know where every candidate for office stands.

And that's why we sent candidate surveys to the Republican candidates for the Colorado State Senate, asking very specific questions about where each candidate stands on your gun rights.

The results might shock you.

First, the good news.

Republican Senate district 22 candidate <u>Tony Sanchez has answered our survey 100% in favor of your right to keep and</u>

bear arms.

Sanchez specifically outlined his plan to both oppose gun control and advance your rights.

Now, this isn't surprising. Sanchez is an RMGO member and has a track record of being a vocal supporter of gun rights.

Sanchez even temporarily suspended his campaign to volunteer his time to help Rocky Mountain Gun Owners recall three anti-gun Democrats.

Unfortunately, there is some bad news.

Republican candidate Mario Nicolais refused to answer our survey.

This isn't new. Some politicians refuse to answer the tough questions we ask.

Unfortunately, when politicians refuse to answer, it virtually always means they'd vote anti-gun if elected.

Often, it's a sign that they're hiding their anti-gun views.

So, the question is, what is Mario Nicolais hiding???

Would he oppose Constitutional Carry?

Does he support "mental-health background checks" which would strip veterans of their gun rights?

Nicolais won't answer these questions, which should make any gun owner skeptical.

Even local conservative activists and party insiders have recently told me that Nicolais is already part of a coalition of anti-gun politicians who are anxious to work with Democrat leadership to compromise our rights.

Now, nothing gets my blood boiling as much as politicians

2

playing fast and loose with our constitutionally protected right to keep and bear arms.

With all that's at stake this election year and with the Republican caucuses fast approaching, it's crucial that freedom-loving citizens in Jefferson County know exactly where their candidates stand on the Second Amendment.

That's why it's vital you send Mr. Nicolais a message.

Demand that Nicolais answer the Rocky Mountain Gun Owners survey 100% in favor of your gun rights, and pledge that in the future, he will stand up to the gun-grabbers and cast his votes in support of the Second Amendment.

But there isn't much time.

Here's what you can do to help:

1. Thank Republican candidate Tony Sanchez for pledging his 100% support for your right to keep and bear arms;

2. Give Republican candidate Mario Nicolais an earful! Demand that he answer the Rocky Mountain Gun Owners survey 100% in favor of your gun rights, and pledge that in the future, he will stand up to the gun-grabbers and cut ties with his radical left wing alliances.

There's no doubt about it, the upcoming elections will have a greater impact on our Second Amendment rights than any other election in our lifetime.

And with so much at stake, We really have no choice but to  go above and beyond to make sure every person in Colorado who cares about the Second Amendment knows exactly where their candidates stand.

And I'm counting on good folks like you to help make that possible.

So please, consider making a generous contribution of $15, $25, $50 or perhaps even $100 -- or whatever you can afford -- to help me contact as many Colorado

3

citizens as possible.

But most importantly, contact Republican Mario Nicolais and tell him change his position on the Second Amendment. There's not a moment to lose.

Please act today!

For Freedom,

Dudley Brown
Executive Director

P.S. Republican candidate for state house, Mario Nicolais won't answer the Rocky Mountain Gun Owners Survey.

Many of Mario Nicolais's friends in Denver have endorsed gun controls, so gun owners must demand answers.

It's vital that you contact Mario Nicolais at once and demand that he answer Rocky Mountain Gun Owners candidate survey and pledge to stand up to the gun-grabbers in Denver.

Paid for by Rocky Mountain Gun Owners. Not paid for by any candidate or candidate committee.



# Rocky Mountain Gun Owners
## Colorado's Largest Gun Rights Organization

## RMGO GUN RIGHTS SUPPORT FORM

**FROM:**

Name: _____

Address: _____

City: _____ State: _____ Zip: _____

**FREE DECALS**

Dudley,

You can count on me to help Rocky Mountain Gun Owners promote our Second Amendment rights in Colorado.

1. **To help fight for freedom, I want to make the enclosed donation to RMGO:**

    ____ $100

    ____ $50

    ____ $25

    ____ $_____ Other

2. **Please send me (enter number in space):**

    ____ Decals - Rifle

    ____ Decals - Pistol

    ____ "No Firearms, No $" cards

    ____ Membership applications for my friends

3. **Choose your payment method:**

    Check enclosed made payable to:
    ____ *Rocky Mountain Gun Owners*

    ____ Please charge my:

    ☐ VISA   ☐ MasterCard   ☐ DISCOVER FINANCIAL SERVICES

    Card No. [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

    Billing Address: _____

    City: _____ State: _____ Zip: _____

    Security Code: _____ Expiration Date: ____ / ____

    Signature: _____

Rocky Mountain Gun Owners, Inc. is a non-profit advocacy organization registered with the Colorado Secretary of State. Contributions or gifts to RMGO are not tax deductible for IRS purposes.

**Please detach here. Keep bottom receipt for your records.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## RMGO GUN RIGHTS SUPPORT FORM

**SENT TO:**

Dudley Brown
Rocky Mountain Gun Owners
PO Box 27
Windsor, CO 80550

**RECEIPT**

Please detach and keep for your records.

AMOUNT SENT: $ _____ DATE SENT: ____ / ____ / ____

RMGO ITEM TO BE SENT: _____

**METHOD OF CONTRIBUTION:**

- Check number: _____
- Credit Card used: _____



Rocky Mountain Gun Owners, Inc. is a non-profit advocacy organization registered with the Colorado Secretary of State. Contributions or gifts to RMGO are not tax deductible for IRS purposes.

# EXHIBIT D

## Campaign Finance Complaint Cover Sheet

Below Space For Office Use Only

**Submit Original to:**
Colorado Secretary of State
Campaign Finance
1700 Broadway, Suite 200
Denver, CO 80290

**If faxing or emailing, original must follow within 5 calendar days**
Phone: 303-894-2200
FAX: 303-869-4861
Email: cpfhelp@sos.state.co.us
Website: www.sos.state.co.us

**Your complaint must be typed or written separately and attached to this form.**
**✻ Denotes Required Field**

**Your Information** - Information about the person filing the complaint (complainant)

✻ Full Name:  Colorado Ethics Watch

✻ Mailing Address:  1630 Welton Street, Suite 415, Denver CO 80202

✻ Telephone Number:  303-626-2100      Email Address: info@coloradoforethics.org

**Counsel's Information** - If you are represented by counsel, you must provide the following:

Attorney's Name:  Margaret Perl          Telephone Number:  303-626-2100

Law Firm:  Colorado Ethics Watch

Mailing Address: 1630 Welton Street, Suite 415, Denver CO 80202

**Respondent's Information** - Information about the person alleged to have committed the violation:

✻ Full Name:  Colorado Campaign for Life

✻ Mailing Address:  2519 11th Ave. Unit A PMB128, Greeley, CO 80631

✻ Telephone Number:  Unknown          Email Address:

Briefly summarize the allegations made in the attached complaint.

Failure to file electioneering disclosure reports.

By submitting this form, with the attached complaint, I hereby certify that I wish to initiate a lawsuit against the named respondent(s). I am aware of the procedure outlined in section 9(2)(a) of Article XXVIII of the Colorado Constitution, and know that by filing this complaint I will be required to appear at a hearing within 15 days of the referral of the complaint, to prove my claims by a preponderance of the evidence. I understand that the Secretary of State's office will not conduct an investigation or be involved in any way after the complaint is transmitted to the Office of Administrative Courts. If this complaint is found to be frivolous, groundless, or vexatious, I may be required to pay attorney's fees.

✻ Complainant's Signature:  _Luis Toro as Director, CO Ethics Watch_   Date: 9/9/2014

Counsel's Signature (required if applicable):  _Margaret Perl_   Date: 9/9/2014

Page 1 of 1          Print Form          Colorado Secretary of State Form CPF-39, rev. 5/8/2013

## Campaign Finance Complaint Cover Sheet

Below Space For Office Use Only

**Submit Original to:**
Colorado Secretary of State
Campaign Finance
1700 Broadway, Suite 200
Denver, CO 80290

**If faxing or emailing, original must follow within 5 calendar days**
Phone: 303-894-2200
FAX: 303-869-4861
Email: cpfhelp@sos.state.co.us
Website: www.sos.state.co.us

### Your complaint must be typed or written separately and attached to this form.
* Denotes Required Field

**Your Information** - Information about the person filing the complaint (complainant)

* Full Name: Colorado Ethics Watch

* Mailing Address: 1630 Welton Street, Suite 415, Denver CO 80202

* Telephone Number: 303-626-2100       Email Address: info@coloradoforethics.org

**Counsel's Information** - If you are represented by counsel, you must provide the following:

Attorney's Name: Margaret Perl       Telephone Number: 303-626-2100

Law Firm: Colorado Ethics Watch

Mailing Address: 1630 Welton Street, Suite 415, Denver CO 80202

**Respondent's Information** - Information about the person alleged to have committed the violation:

* Full Name: Rocky Mountain Gun Owners

* Mailing Address: PO Box 27, Windsor, CO 80550

* Telephone Number: (888) 874-3006       Email Address: office@rmgo.org

Briefly summarize the allegations made in the attached complaint.

Failure to file electioneering disclosure reports.

By submitting this form, with the attached complaint, I hereby certify that I wish to initiate a lawsuit against the named respondent(s). I am aware of the procedure outlined in section 9(2)(a) of Article XXVIII of the Colorado Constitution, and know that by filing this complaint I will be required to appear at a hearing within 15 days of the referral of the complaint, to prove my claims by a preponderance of the evidence. I understand that the Secretary of State's office will not conduct an investigation or be involved in any way after the complaint is transmitted to the Office of Administrative Courts. If this complaint is found to be frivolous, groundless, or vexatious, I may be required to pay attorney's fees.

* Complainant's Signature: _Luis Toro as Director, CO Ethics Watch_   Date: 9/9/2014

Counsel's Signature (required if applicable): _Margaret Perl_   Date: 9/9/2014

**BEFORE THE SECRETARY OF STATE**
**STATE OF COLORADO**

CASE NO.

---

Complainant: **COLORADO ETHICS WATCH**

v.

Respondents: **COLORADO CAMPAIGN FOR LIFE and**
**ROCKY MOUNTAIN GUN OWNERS**

---

## COMPLAINT

---

Complainant Colorado Ethics Watch ("Ethics Watch"), by and through undersigned counsel, pursuant to Colo. Const. art. XXVIII and C.R.S. § 1-45-101. *et seq.*, asserts this Complaint against Colorado Campaign for Life ("CCL") and Rocky Mountain Gun Owners ("RMGO"), and in support thereof alleges as follows:

1.      Ethics Watch is a nonprofit organization authorized to conduct business in Colorado.

2.      Ethics Watch is a "person" as that term is defined by Colo. Const. art. XXVIII, § 2(11) and C.R.S. § 1-45-103(13) and therefore is authorized to bring a complaint under section Colo. Const. art. XXVIII, § 9(2)(a) and C.R.S. § 1-45-111.5(1.5).

3.      Respondent CCL is a Colorado non-profit corporation.

4.      Respondent RMGO is a Colorado non-profit corporation.

5.      On June 24, 2014 the state of Colorado held a primary election for numerous state offices.

6.      Neither CCL nor RMGO have filed any independent expenditure or electioneering communications reports with the Colorado Secretary of State during 2014, although independent expenditures made by RMGO's separate fund the "RMGO SuperPAC" have been reported.

### FIRST CLAIM FOR RELIEF
(Failure to Report Electioneering Communications)
(Against Both Respondents)

7.      Ethics Watch repeats Paragraphs 1 through 6 above.

8.      In mid-June 2014, Respondent CCL sent mailers to Republican primary voters in Senate Districts 19 and 22. A copy of the Senate District 19 mailer is **Exhibit 1** and a copy of the Senate District 22 mailer is **Exhibit 2**.

9.      In early June 2014, RMGO, on its own behalf and not through the RMGO SuperPAC, sent a backdated mass mailing to Republican primary voters in Senate Districts 19 and 22. A copy of one version of that letter is **Exhibit 3**.

10.     Both the mailers and the mass mailing in Paragraphs 8 and 9 above unambiguously refer to state candidates in Senate Districts 19 and 22 and were mailed or delivered to voters in those districts within thirty days of the June 24, 2014 primary election.

11.     Upon information and belief, CCL and RMGO each spent more than $1,000 on the mailers and mass mailing described in Paragraphs 8 and 9 above.

12.     Pursuant to Colo. Const. art. XXIX, § 6(1), C.R.S. § 1-45-108(2) and Rule 11 of the Rules Concerning Campaign and Political Finance, 8 C.C.R. § 1505-6, CCL and RMGO should have filed electioneering communications reports regarding the mailers and mass mailing described in Paragraphs 8 and 9 above.

13.     CCL and RMGO's failures to file electioneering communication disclosures are ongoing.

14.     CCL and RMGO are subject to a fine of not more than $50 per day for each day each has failed to file a disclosure of spending on electioneering communications.

WHERFORE, Claimant Colorado Ethics Watch respectfully requests that the Court enter an order fining CCL and RMGO in an amount to be proved at the hearing.

DATED:  September 9, 2014.

Luis Toro, # 22093
Margaret Perl, #43106
1630 Welton Street, Suite 415
Denver, CO 80202
303-626-2100

ATTORNEY FOR COMPLAINANT

Luis Toro
Director
Colorado Ethics Watch
1630 Welton Street, Suite 415
Denver, CO 80202
303-626-2100

# EXHIBIT E

BEFORE THE SECRETARY OF STATE
STATE OF COLORADO

CASE NO. OS 20140025

SECOND NOTICE OF HEARING

IN THE MATTER OF THE COMPLAINT FILED BY COLORADO ETHICS WATCH
REGARDING ALLEGED CAMPAIGN AND POLITICAL FINANCE VIOLATIONS BY
COLORADO CAMPAIGN FOR LIFE AND ROCKY MOUNTAIN GUN OWNERS

A hearing on this complaint will be held at the Office of Administrative
Courts, 1525 Sherman St., Denver, CO 80203 at 9:00AM on November 6, 2014.

## NOTICE REGARDING PROCEDURES AT THE HEARING

This complaint was made pursuant to the Fair Campaign Practices Act, Article
XXVIII of the Colorado Constitution and Section 1-45-101, et seq., C.R.S.  Under this
law the person filing the complaint has the burden of proving by a preponderance of the
evidence that a violation of the Fair Campaign Practices Act has occurred. Information
about presenting a case before the Office of Administrative Courts can be found
at http://www.colorado.gov/dpa/oac.

At the hearing, each party will have the right to present personal testimony and
the testimony of other witnesses, present documentary evidence, cross-examine
witnesses and present argument to the Administrative Law Judge.

You may require the attendance of witnesses by subpoena, and subpoena forms
may be obtained from the Office of Administrative Courts.  A party wishing to subpoena
a witness shall be responsible for arranging for service of the subpoena as required by
law.

A party may be represented by an attorney at the party's expense.  A party can
not be represented at a hearing by a person who is not an attorney.

# EXHIBIT F

**BEFORE THE SECRETARY OF STATE**
**STATE OF COLORADO**

**CASE NO. OS 2014-0025**

**Complainant: COLORADO ETHICS WATCH**

**v.**

**Respondents: COLORADO CAMPAIGN FOR LIFE and**
**ROCKY MOUNTAIN GUN OWNERS**

**NOTICE OF C.R.C.P. 30(b)(6) DEPOSITION**
**OF COLORADO CAMPAIGN FOR LIFE**

PLEASE TAKE NOTICE that Colorado Ethics Watch will take the deposition of Colorado Campaign for Life ("CCL") by oral examination at **2:00 p.m. on Tuesday, October 14, 2014** at Agren Blando Greeley Guest House, 5401 W. 9th Street, Greeley, CO 80634. The deposition shall continue thereafter until adjournment.

Pursuant to C.R.C.P. 30(b)(6) and 34(a)(1), CCL shall produce the following documents and designate the person or persons most knowledgeable and prepared to testify on its behalf concerning the following subjects:

1.       Any and all agreements for mailing, design, or other services since January 1, 2014 between CCL and Advance Direct Marking, Inc. and/or Response Technologies.

2.       Any and all invoices for mailing, design or other services since January 1, 2014 sent from Advance Direct Marking, Inc. and/or Response Technologies to CCL.

3.       Any and all receipts of payment or cancelled checks for mailing, design or other services reflecting payment made by CCL to Advance Direct Marking, Inc. and/or Response Technologies since January 1, 2014.

4.       Any and all pending bills or records reflecting outstanding balances owed to Advance Direct Marking, Inc. and/or Response Technologies since January 1, 2014 by CCL.

5.       Any and all mailing lists or addressees submitted by CCL to Advance Direct Marking, Inc. and/or Response Technologies since January 1, 2014 to be used in mailings.

DATED: September 25, 2014.

Margaret Perl, #43106
1630 Welton Street, #415
Denver CO 80202
303-626-2100

## CERTIFICATE OF SERVICE

I certify that on September 25, 2014, a true copy of the foregoing was transmitted by email and placed in the United States mail, postage prepaid and addressed as follows:

James O. Bardwell
501 Main St, Suite 200
Windsor, CO 80550

Attorney for Respondents

Margaret Perl

# EXHIBIT G

**BEFORE THE SECRETARY OF STATE**
**STATE OF COLORADO**

**CASE NO. OS 2014-0025**

**Complainant: COLORADO ETHICS WATCH**

v.

**Respondents: COLORADO CAMPAIGN FOR LIFE and ROCKY MOUNTAIN GUN OWNERS**

### NOTICE OF C.R.C.P. 30(b)(6) DEPOSITION OF ROCKY MOUNTAIN GUN OWNERS

PLEASE TAKE NOTICE that Colorado Ethics Watch will take the deposition of Rocky Mountain Gun Owners ("RMGO") by oral examination at **10:00 a.m. on Tuesday, October 14, 2014** at Agren Blando Greeley Guest House, 5401 W. 9th Street, Greeley, CO 80634. The deposition shall continue thereafter until adjournment.

Pursuant to C.R.C.P. 30(b)(6) and 34(a)(1), RMGO shall produce the following documents and designate the person or persons most knowledgeable and prepared to testify on its behalf concerning the following subjects:

1.      Any and all agreements for mailing, design, or other services since January 1, 2014 between RMGO and any vendor with regard to the mass mailing attached as Exhibit 3 to the Complaint.

2.      Any and all invoices for mailing, design or other services since January 1, 2014 sent to RMGO from any vendor with regard to the mass mailing attached as Exhibit 3 to the Complaint.

3.      Any and all receipts of payment or cancelled checks for mailing, design or other services reflecting payment made by RMGO to any vendor with regard to the mass mailing attached as Exhibit 3 to the Complaint.

4.      Any and all pending bills or records reflecting outstanding balances owed to any vendor by RMGO with regard to the mass mailing attached as Exhibit 3 to the Complaint.

5.      Any and all mailing lists or addressees submitted by to any vendor or used by RMGO since January 1, 2014 with regard to the mass mailing attached as Exhibit 3 to the Complaint.

6.      If applicable, any internal finance or accounting documents reflecting RMGO in-house costs for mailing, design or other services since January 1, 2014 with regard to the mass mailing attached as Exhibit 3 to the Complaint.

DATED: September 25, 2014.

Margaret Perl, #43106
1630 Welton Street, #415
Denver CO 80202
303-626-2100

## CERTIFICATE OF SERVICE

I certify that on September 25, 2014, a true copy of the foregoing was transmitted by email and placed in the United States mail, postage prepaid and addressed as follows:

James O. Bardwell
501 Main St, Suite 200
Windsor, CO 80550

Attorney for Respondents

Margaret Perl

# EXHIBIT H

**From:** Luis Toro [mailto:ltoro@coloradoforethics.org]
**Sent:** Wednesday, October 15, 2014 9:15 AM
**To:** James Bardwell
**Cc:** Peg Perl
**Subject:** Ethics Watch v. CO Campaign for Life

Mr. Bardwell,

Attached is yesterday's order from the Tenth Circuit Court of Appeals rejecting Citizens United's motion for an injunction to block enforcement of Colorado's electioneering disclosure laws.

In light of this order, we ask that your clients promptly file the delinquent disclosures that are the subject of our complaint.

Otherwise, please advise us (1) whether you believe there are any factual issues remaining for trial after our stipulation, and (2) if not, would you agree to an expedited briefing schedule so that the judge can rule on this case as a matter of law based on the facts in the stipulation.

Please feel free to call either me or Peg Perl to discuss this further.

Luis Toro
Director, Colorado Ethics Watch
303-626-2100
www.coloradoforethics.org
@COEthicsWatch