**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

ROCKY MOUNTAIN GUN OWNERS, a Colorado non-profit corporation,

and

COLORADO CAMPAIGN FOR LIFE, a Colorado non-profit corporation,

    Plaintiffs,

v.

SCOTT GESSLER, in his official capacity as Secretary of State for the State of Colorado

  and

CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, a Delaware non-profit corporation, t/a COLORADO ETHICS WATCH,

    Defendants.

---

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

---

      Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs, Rocky Mountain Gun Owners and Colorado Campaign for Life, certify that they have no parent corporation and that there are no publicly held corporations that own 10% of more of Plaintiffs' stock.

Dated: October 17, 2014                Respectfully submitted,

                                            /s/ David A. Warrington
                                            David A. Warrington
                                            Laurin H. Mills
                                            Andrew J. Narod
                                            Paris R. Sorrell

LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Telephone: (703) 684-8007
Facsimile: (703) 647-5999
david.warrington@leclairryan.com
laurin.mills@leclairryan.com
andrew.narod@leclairryan.com
paris.sorrell@leclairryan.com

James O. Bardwell
Rocky Mountain Gun Owners
501 Main Street, Suite 200
Windsor, CO 80550
Telephone: (877) 405-4570
Facsimile: (202) 351-0528
jb@nagrhq.org
*Counsel for Plaintiffs Rocky Mountain Gun Owners and Colorado Campaign for Life*

2