IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 1:14-cv-02850

ROCKY MOUNTAIN GUN OWNERS, et al.,

    Plaintiffs,

v.

SCOTT GESSLER, et al.,

    Defendants.

## ORDER CONCERNING MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**Blackburn, J.**

This matter is before me on the following: (1) the **Motion for Preliminary Injunction** [#23][1] filed November 7, 2014; and (2) the **Motion for Temporary Restraining Order** [#33] filed December 8, 2014. Both motions were filed by the plaintiffs. The defendants filed responses [#26 & #28] to the **Motion for Preliminary Injunction** [#23], and the plaintiffs filed a reply [#35]. No response or reply has been filed concerning the **Motion for Temporary Restraining Order** [#33].

Both motions address the same factual scenario and address the same points of law. The two motions seek essentially the same relief. Having considered the motions, the responses, and the reply, I find that there is no disputed issue of material fact at issue in the motions. Rather, the motions present issues of law only. The parties

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

dispute how the applicable law applies to the undisputed facts.

A parallel proceeding is pending in the Colorado Office of Administrative Courts. A hearing in the parallel proceeding is scheduled for Wednesday, December 17, 2014. In their **Motion for Temporary Restraining Order** [#34], the plaintiffs seek an order which, *inter alia*, enjoins the defendants from proceeding with the December 17, 2014, hearing.

Because the motions at issue before this court do not involve disputed issues of material fact, I find and conclude that no hearing on the motions is necessary. I will address and resolve the motions on the papers on or before Tuesday, December 16, 2014.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion for Preliminary Injunction** [#23] filed November 7, 2014, and the **Motion for Temporary Restraining Order** [#33] filed December 8, 2014, are taken under advisement; and

2. That the court will issue an order addressing those two motions as soon as practicable and on or before Tuesday, December 16, 2014.

Dated December 12, 2014, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge