### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02850-REB-KLM

ROCKY MOUNTAIN GUN OWNERS, a Colorado Non-profit Corporation, and
COLORADO CAMPAIGN FOR LIFE, a Colorado Non-profit Corporation,

    Plaintiffs,

v.

WAYNE W. WILLIAMS, in His Official Capacity as Secretary for the State of Colorado
and
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, a Delaware Non-profit Corporation, Trading as Colorado Ethics Watch,

    Defendants.

---

### FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Granting Motion to Dismiss and Denying Motion to Defer Motion to Dismiss** [#61] of Judge Robert E. Blackburn entered on August 12, 2015, it is

ORDERED That the **Secretary of State's Opposed Rule 12(b)(1) Motion to Dismiss on *Younger* Abstention Grounds** [#40] filed by Defendant Gessler on December 22, 2014, is **granted**;

That under FED. R. CIV. P. 12(b)(1), the claims of plaintiff Rocky Mountain Gun Owners and plaintiff Colorado Campaign For Life are dismissed;

That the **Plaintiffs' Motion to Defer Considering Defendant's Rule 12(b)(1) Motion to Dismiss To Permit Adequate Discovery Regarding Subject Matter**

**Jurisdiction** [#47] is denied;

That judgment enters in favor of the defendants, Wayne W. Williams, in his official capacity as Secretary for the State of Colorado, and Citizens for Responsibility and Ethics and Washington, a Delaware non-profit corporation, trading as Colorado Ethics Watch, against the plaintiffs, Rocky Mountain Gun Owners, a Colorado non-profit corporation, and Colorado Campaign for Life, a Colorado non-profit corporation;

That the defendants are awarded their costs to be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

That this case is closed.

Dated at Denver, Colorado this 12th day of August, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/   K. Finney

K. Finney
Deputy Clerk